**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

SHIH CHANG HO

CRIMINAL CASE NO. 03-00100-003

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **April 22, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Frederick Black, AUSA
John Gorman, FPD
Guam Immigration and Customs Enforcment
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this **31st** day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
MAY 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL